UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-11-0035 PJH (LB) |
| Plaintiff, | ) | |
| | ) | (Proposed) **ORDER** |
| v. | ) | |
| VERLINE CLARK, | ) | |
| | ) | No Hearing Requested |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, the pretrial release conditions of the defendant VERLINE CLARK are amended to allow the defendant to travel throughout the state of California, upon notice to U.S. Pretrial Services, all other release conditions to remain unchanged.

Prior to any such travel out of district, the defendant is to provide a travel itinerary to United States Pretrial Services.

**IT IS SO ORDERED**

Date: March 17, 2011

_____
HON. LAUREL BEELER
United States Magistrate Judge